151 F.3d 1026
 Carol W. Pavuk
v.
Shore Memorial Hospital, Point Emergency Physicians, Inc.,
Gary A. Rosman, M.D., Joseph L. Spaar, M.D., John J.
Santoro, M.D., Atlantic Gastroenterology Associates, P.A.,
S. Stuart Mally, M.D., Shore Atlantic Surgical Associates,
P.A., John Doe, Jane Doe, I Through X, Richard Roe, Robert
Poe, (said names being fictitious and unknown)
 NO. 97-5349
 United States Court of Appeals,
Third Circuit.
 April 2, 1998
 Appeal From: D.N.J. ,No.95cv02840
 
 1
 Affirmed.